# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW ZIMMERMAN, Petitioner, | : | CIVIL ACTION |
| v. | : | |
| WARDEN, FCI ALLENWOOD, et al., Respondents. | : | NO. 10-6100 |

## ORDER

AND NOW, this 21st day of April, 2011, upon careful and independent consideration of the petition for writ of habeas corpus; the motion to dismiss, to which Petitioner has not responded; and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Unexhausted (Doc. No. 6) is GRANTED;

3. The petition for a writ of habeas corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE as unexhausted;

4. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
ANITA B. BRODY, J.